| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | FOURTEENTH JUDICIAL CIRCUIT |
| COUNTY OF COLLETON ) | CASE NO. 2019CP1500904 |
| ) | |
| MARCUS AND NADINE SMITH, ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| vs. ) | |
| ) | STIPULATION OF DAMAGES |
| JASON KELSO, ROADRUNNER VAN ) | |
| LINES, LLC, ROADRUNNER MOVING ) | |
| AND STORAGE CO., AND SUNSTATE ) | |
| CARRIERS, LLC, ) | |
| ) | |
| DEFENDANTS. ) | |

TO: MARION C. FAIREY, JR., ESQUIRE; ATTORNEY FOR PLAINTIFF:

The Plaintiff in this action, by and through his undersigned attorney, hereby stipulates that at this time the amount in controversy in this case does not exceed $75,000.00. Plaintiff is limiting his damages for the sole purpose of defeating Federal Court jurisdiction. Should the amount in controversy change such that it exceeds $75,000.00, the Plaintiff will move to amend his complaint within the one-year removal period and with notice to the Defendant in such a manner as to allow the Defendant to remove the case.

The Plaintiff further agrees that unless he amends his complaint as set forth above that he will not attempt to collect on any judgment rendered in excess of $75,000.00 in the event a verdict is rendered exceeding this amount.

WE CONSENT:

YCRLAW, LLP

By_____
Duke R. Highfield
Jeffrey J. Wiseman
Attorneys for the Defendant

WE STIPULATE:

MARION C. FAIREY, JR. ESQ.

By_____
Marion C. Fairey, Jr.
Attorneys for the Plaintiff